# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address, or brief description of person or property to be searched)

xxxx xxxx xx xxxx xxxxx
Washington, DC

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I Paul J. Moloney being duly sworn despose and say:

I am a Special Agent with Drug Enforcement Administration and reason to believe

that on the ☐ person of or ☐ on the property or premises known as (name, description and or location)

    A condominium apartment located on the seventh floor of a multi-family residential building in Northwest, Washington, DC. The front door of the Target Address is brown in color and appears to be constructed of wood. Further examination will reveal that there is a metal colored doorknocker and peep-hole affixed to the top center of the door; the knocker clearly displays the numerals "xxx."

In the District of Columbia, there is now concealed a certain person or property, namely (describe person or property)

    Those items listed on attachment entitled "Schedule 'A,'" which accompanies the affadavit submitted in support of the application for this warrant, which is incorporated herein by reference.

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

    See the affidavit submitted in support of the application for this warrant, which is incorporated herein by reference.

Concerning a violation of Title 21 United States Code, Sections 841(a)(1) and 846. The facts to support a finding of Probable Cause are as follows:

**See attached affidavit herein incorporated by reference as if fully stated herein**

Continued on the attached sheet and made a part hereof.  ☐ YES ☐ NO

Martin Carpenter
(202) 514-7063

_____
Signature of Affiant
Paul J. Moloney, Special Agent
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence

_____  at Washington, D.C.
Date

_____  _____
Name and Title of Judicial Officer                Signature of Judicial Officer