

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address, or brief description of person or property to be searched)

1275 25TH Street, NW, #709

Washington, DC                    **SEARCH WARRANT**

CASE NUMBER:
                05 - 0 4 1 6 M - 0 1 .

TO: Special Agent Paul J. Moloney and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Paul J. Moloney who has reason to believe on the person or on the premises known as (name, description, and or location)

1275 25th Street, NW, #709, Washington, DC, described as a condominium apartment located on the seventh floor of a multi-family residential building in Northwest, Washington, DC. The front door of the Target Address is brown in color and appears to be constructed of wood. Further examination will reveal that there is a metal colored doorknocker and peep-hole affixed to the top center of the door; the knocker clearly displays the numerals "709."

In the District of Columbia, there is now concealed a certain person or property, namely (describe person or property)

See Attachment A

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above described and establish grounds for issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____August 4, 2005_____
                                                                    (Date)

(not exceed 10 days), the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime – 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or the property found there seize same, leaving copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUL 2 5 2005
         @  4:15  at Washington, D.C.

Date and Time of Issue

**DEBORAH A. ROBINSON**
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer                Signature of Judicial Officer