| RETURN | | | |
|---|---|---|---|
| DATE WARRANT RECEIVED 07-25-2005 | DATE AND TIME WARRANT EXECUTED 07-25-2005 5:40 p.m. | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Mr. Rickey Crawford | |

INVENTORY MADE IN THE PRESENCE OF

Mr. Rickey Crawford and SA Jeffrey Meixner

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

One zip-lock containing 5 orange pills
Assortment of zip-lock baggies
Sprint telephone bill pages
Three Spain Passports
Photographs
One glass vial with black top and white residue
Assortment of misc documents including Western Union receipt and bank record
One Polo cologne box containing sum of US Currency
One black leather CD player case containing sum of US Currency



FILED
JUL 2 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____   7/26/05
U.S. Judge or Magistrate        Date